**No. P68/285.**—The Newman Co. *v.* United States, protests 66/70341, etc. (Los Angeles).

**No. P68/286.**—Mitsubishi Int. Corp. *v.* United States, protests 66/73588, etc. (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the issue herein is the specific issue in *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

**No. P68/287.**—Unitron Import Corp. et al. *v.* United States, protests 63/6721, etc. (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of wooden doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020) and that the items of merchandise marked "B" consist of folding doors similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997), the claim of the plaintiffs was sustained.

**No. P68/288.**—Frank P. Dow Co., Inc., a/c Summit Industries *v.* United States, protest 63/7083, etc. (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wooden doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020), the claim of the plaintiff was sustained.

**No. P68/289.**—Abercrombie & Fitch Co. *v.* United States, protest 65/12670 (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of "original miniatures" similar in all material respects to those the subject of *Abercrombie & Fitch Company* v. *United States* (49 CCPA 129, C.A.D. 808), the claim of the plaintiff was sustained.